**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| ROY LOMAX GARDNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CASE NO. CV420-054 |
| | ) |
| TYBEE ISLAND SHERIFF'S | ) |
| OFFICE; CHATHAM COUNTY, | ) |
| GEORGIA; CHATHAM COUNTY | ) |
| PUBLIC DEFENDERS OFFICE; and | ) |
| KEVIN JONES; | ) |
| | ) |
| Defendants. | ) |
| | ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** and the complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this  24th  day of August 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA